IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV64

| | |
|---|---|
| AMERICAN BUILDING MAINTENANCE COMPANY OF GEORGIA d/b/a ABM LANDSCAPES SERVICES,<br><br>*Plaintiff,*<br><br>v.<br><br>PORTRAIT HOMES-NORTH CAROLINA, LLC,<br><br>*Defendant.* | **CONSENT JUDGMENT** |

THIS MATTER COMING ON TO BE HEARD and being heard before the undersigned United States District Court Judge for the Western District of North Carolina, with the consent of all of the parties. And it appearing to the Court, as indicated by its signature below, that the defendant, Portrait Homes-North Carolina, LLC consents to the entry of judgment against it in the amount of $130,339.83.

AND IT APPEARING TO THE COURT, upon review of the pleadings in the matter and based upon the representations of the parties, that there are no factual issues regarding the allegations in the complaint and that the plaintiff is entitled to judgment as a matter of law.

IT IS THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the plaintiff, have and recover of the defendant, the sum of $130,339.83, together with the costs of this action.

This the 20th day of May, 2009.

_____
~~Hon. David H. Cayer~~ Martin Reidinger
United States District Court Judge

WE CONSENT:

_____
Fred W. DeVore, III
Attorney for Defendant

Portrait Homes North Carolina, LLC

By: _____

Its: __Vice President__

_____
Jonathan M. Hill
Attorney for Plaintiff

American Building Maintenance Company
of Georgia

By: _____

Its: __Regional Vice President__

2